### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHAWN K. KAMPS, an individual,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.:** |
| ] | **2:12-CV-3799 KOB** |
| **MIDLAND FUNDING, LLC, a** ] | |
| **corporation, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

### ORDER SETTING SCHEDULING CONFERENCE

The court received the Report of the Parties' Planning Meeting (doc. 23).  This case is set for a Scheduling Conference on **Tuesday, March 26, 2013 at 10:30 AM**, fifth floor chambers of the undersigned.  Before the conference, the parties SHALL discuss the possibility of an early settlement and shall identify the specific minimum discovery necessary before the case can be evaluated for settlement and shall be prepared to discuss these matters at the scheduling conference.

**DONE** and **ORDERED** this 8th day of March, 2013.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE