FILED
2013 Mar-25 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHAWN K. KAMPS, an individual,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | 2:12-cv-3799-KOB |
| | } | |
| **MIDLAND FUNDING, LLC, a corporation,** | } | |
| | } | |
| Defendant. | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court **on or before May 24, 2013**, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 25th day of March, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE