IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN K. KAMPS, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND FUNDING, LLC, et al., ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 2:12-cv-03799-KOB |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shawn K. Kamps and Defendants Midland Funding, LLC and Midland Credit Management, Inc., by and through their attorneys of record, jointly agree and stipulate that this action, including any and all claims and counterclaims, shall be dismissed with prejudice, costs taxed as paid.

Dated: May 3, 2013.

One of the Attorneys for Defendants,
Midland Funding, LLC and
Midland Credit Management, Inc.

**OF COUNSEL:**

Eric B. Langley
Jason B. Tompkins
Thomas R. DeBray, Jr.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205)251-8100
Facsimile: (205)226-8798
elangley@balch.com
jtompkins@balch.com
tdebray@balch.com

_____
One of the Attorneys for Plaintiff,
Shawn K. Kamps

**OF COUNSEL:**

Mr. John G. Watts
Mr. M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com
stan@wattsherring.com

2